THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY RILEY, an individual, | CASE NO. C20-1498-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, d/b/a SOUND TRANSIT, a Washington municipal corporation; THE NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, a foreign corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Amy Riley and Defendant Puget Sound Regional Transit Authority's stipulated motion to amend the case schedule (Dkt. No. 17). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion in part and ORDERS that the trial in this matter is CONTINUED to **June 27, 2022** at 9:30 a.m. and the civil trial scheduling order is modified as follows:

The proposed pretrial order is due by June 17, 2022. Trial briefs and proposed voir dire/jury instructions are due by June 23, 2022. Pleading amendments and third-party actions are

due by September 27, 2021. The 39.1 Mediation shall be completed by March 14, 2022. The discovery cutoff is February 28, 2022, and the dipositive motion deadline is March 30, 2022.

DATED this 22nd day of July 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk