THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY RILEY, | CASE NO. C20-1498-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CENTRAL PUGET SOUNDREGIONAL TRANSIT AUTHORITY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the case schedule (Dkt. No. 19). Having considered the parties' motion and the relevant record, and agreeing there is good cause to amend the schedule, the motion is GRANTED. The case schedule is amended as follows:

1. The discovery cutoff is July 8, 2022;

2. The dispositive motions deadline is July 14, 2022;

3. The proposed pretrial order is due September 30, 2022;

4. Trial briefs, proposed voir dire/jury instructions, and motions *in limine*, if any, are due October 17, 2022;

5.  The trial date is continued to October 31, 2022, at 9:30 AM.

DATED this 26th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-1498-JCC
PAGE - 2