THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY RILEY, | CASE NO. C20-1498-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion for voluntary dismissal (Dkt. No. 22) is self-executing without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the case is DISMISSED with prejudice and without costs or fees to any party.

DATED this 11th day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

C20-1498-JCC
PAGE - 1